152 So. 925

**Gordon SATTERFIELD v. STATE.**
6 Div. 529.

Court of Appeals of Alabama.
Jan. 9, 1934.

RICE, Judge.
Appeal dismissed.

163 So. 909

**Charlie SAVAGE v. STATE.**
8 Div. 216.

Court of Appeals of Alabama.
Oct. 29, 1935.

RICE, Judge.
Affirmed.

152 So. 925

**Richard SCHMITT v. STATE.**
8 Div. 867.

Court of Appeals of Alabama.
Feb. 13, 1934.

SAMFORD, Judge.
Affirmed.

159 So. 921

**Clarence SCHRIMSCHER v. STATE.**
8 Div. 25.

Court of Appeals of Alabama.
Feb. 12, 1935.

SAMFORD, Judge.
Affirmed.

152 So. 925

**Arthur SCOTT v. STATE.**
8 Div. 886.

Court of Appeals of Alabama.
Feb. 13, 1934.

RICE, Judge.
Affirmed.

155 So. 923

**Arthur SCOTT v. STATE.**
8 Div. 886.

Court of Appeals of Alabama.
Feb. 13, 1934.

Rehearing Denied June 5, 1934.

H. H. Hamilton, of Russellville, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, Judge.
Affirmed.

163 So. 909

**Mose SCOTT v. STATE.**
8 Div. 217.

Court of Appeals of Alabama.
Nov. 5, 1935.

BRICKEN, Presiding Judge.
Affirmed.